**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JERRY L. HAMMON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 12-00454-KD-C** |
| | ) | |
| **BOARD OF SCHOOL COMMISSIONERS** | ) | |
| **OF MOBILE COUNTY, ALABAMA,** | ) | |
| | ) | |
| **Defendant.**[1] | ) | |

## JUDGMENT

In accordance with the Order issued this date granting Defendant's Motion for Summary Judgment, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendant Board of School Commissioners of Mobile County, Alabama and against Plaintiff Jerry L. Hammon.

**DONE** and **ORDERED** this the 22nd day of July 2013.


s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

---

[1] Defendant Martha Peek, Superintendent of the Mobile County Public Schools, was dismissed from this action (doc. 10).